# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

162337

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE CITY OF ST CLAIR SHORES,
     Plaintiff-Appellee,

v

MICHAEL DORR,
     Defendant-Appellant.

SC: 162337
COA: 349910
Macomb CC: 2019-000135-AR

_____/

     On order of the Court, the application for leave to appeal the October 29, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

     BERNSTEIN, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



a0526

Clerk